**In re Andre Gerard LEWIS, Petitioner.**

**No. 03–6333.**

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided April 1, 2003.

Andre Gerard Lewis, Petitioner Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Andre Gerard Lewis petitions for a writ of mandamus. He seeks an order compelling the Government to release him.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. *See In re First Fed. Sav. & Loan Assn.,* 860 F.2d 135, 138 (4th Cir.1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. *See Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Mandamus may not be used as a substitute for appeal. *See In re United Steelworkers,* 595 F.2d 958, 960 (4th Cir.1979).

The relief sought by Lewis is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*